FILED

12/09/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0402

**IN THE SUPREME COURT OF THE STATE OF MONTANA**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

THOMAS MANN POST NO. 81 OF THE
AMERICAN LEGION,

and TOWN OF CULBERTSON,

    Plaintiffs,
    Counterdefendants, and
    Appellees,

               -vs-

KNUDSEN FAMILY LIMITED
PARTNERSHIP,

    Defendant,
    Counterclaimant, and
    Appellant.

**CAUSE NO. <u>DA 21-0402</u>**

ORDER APPROVING APPELLEE TOWN
OF CULBERTSON'S MOTION FOR
EXTENSION OF TIME

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Upon consideration of the unopposed motion of additional time filed by Plaintiff/Counterdefendant/Appellee Plaintiff Town of Culbertson, and for good cause, TOWN OF CULBERTSON's Motion for a 30-day extension to file its response brief is GRANTED.

Plaintiff/Counterdefendant/Appellee TOWN OF CULBERTSON response brief shall be filed on or before January 17, 2022.

-1-

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
December 9 2021